**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 524 EAL 2021

           Respondent                :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

           v.                            :

                                       :

KEITH PUGH,                          :

                                       :

                Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 2nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.